WHYTE (RUTH), Respondent, vs. LINDBLOM and another, Appellants.

*May 9—June 5, 1934.*

For the appellants there were briefs by *Hammond & Jones* of Kenosha, and oral argument by *Walter W. Hammond*.

For the respondent there was a brief by *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha, and oral argument by *Roy S. Stephenson*.

FAIRCHILD, J.   The controlling questions which determine this case are treated in the case of *Jessel S. Whyte v. Lindblom, ante,* p. 21, 255 N. W. 265, 256 N. W. 244. The negligence of the driver of the car owned by respondent is not attributable to the latter.   The car was in the possession of a bailee when it was damaged, and respondent is entitled to recover for that damage.

*By the Court.*—Judgment affirmed.